**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ALFREDO SILVA,<br><br>     Petitioner,<br><br> v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>     Respondent. | No. 08-74138<br><br>Agency No. A090-145-172<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 8, 2013[**]
Pasadena, California

Before: NOONAN, WARDLAW, and MURGUIA, Circuit Judges.

  Carlos Alfredo Silva petitions for review of the BIA's decision affirming the

IJ's determination that he was removable and not eligible for cancellation of

removal.

---

  [*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  [**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Silva argues that the Government failed to prove removability based on his marijuana conviction. Even if he is correct, the BIA also found him removable based on his cocaine conviction. Silva does not challenge this second ground and is, therefore, removable. *See Haile v. Holder*, 658 F.3d 1122, 1130 (9th Cir. 2011) (denying petition when alien failed to address BIA's alternative grounds for its decision).

Even if Silva's argument that he is entitled to cancellation of removal is not waived, Silva is unable to meet his burden of demonstrating that he is eligible, because, even if he is correct that his criminal record check was inconclusive, "an inconclusive record of conviction does not demonstrate eligibility for cancellation of removal," and "is insufficient to satisfy the alien's burden of proof." *Young v. Holder*, 697 F.3d 976, 989 (2012) (en banc).

**PETITION DENIED.**